Christopher A. Carr (#44444)
ccarr@afrct.com
Jeremy E. Shulman (#257582)
jshulman@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN
CAMPBELL & TRYTTEN, LLP
199 South Los Robles Avenue, Suite 600
Pasadena, CA  91101
Tel: (626) 535-1900
Fax: (626) 577-7764

Attorneys for Defendant
WACHOVIA MORTGAGE, FSB, formerly
known as WORLD SAVINGS BANK, FSB,
erroneously named as Wachovia Mortgage

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| ALFRED D. DAVIS and KAREN C. DAVIS,<br><br>Plaintiffs,<br><br>vs.<br><br>WACHOVIA MORTGAGE, WORLD SAVINGS BANK, FSB, FEDERAL SAVINGS BANK, BAM REALTY & LOANS, LOTTIE DELORIS MURRAY, CARLOS BARNES and DOES 1-20 inclusive,<br><br>Defendants. | Case No. 2:09-CV-01807-JAM-GGH<br><br>[Assigned to the Hon. John A. Mendez, Ctrm. 6, for all purposes]<br><br>PLAINTIFFS AND DEFENDANT WACHOVIA MORTGAGE, FSB STIPULATION TO WITHDRAW MOTION FOR ATTORNEYS' FEES WITHOUT PREJUDICE<br><br>Date:   June 2, 2010<br>Time:  9:30 a.m.<br>Ctrm:   6 |
|---|---|

STIPULATION

This Stipulation is entered into by plaintiffs Alfred D. Davis and Karen C. Davis and defendant Wachovia Mortgage, FSB formerly known as World Savings Bank FSB erroneously named as Wachovia Mortgage.

The parties hereby stipulate that the pending motion of Wachovia Mortgage, FSB for an award of attorneys' fees is withdrawn without prejudice, and submit their stipulation to the Court

to withdraw the motion for attorneys' fees without prejudice.

IT IS SO STIPULATED

Dated: May 20, 2010                           LANAHAN & REILLEY


                                              By:   /s/ Michael J.M. Brook
                                                    Michael J.M. Brook, Esq.
                                                    mbrook@lanahan.com
                                              Attorneys for Plaintiffs
                                              Alfred D. Davis and Karen C. Davis


Dated: May 20, 2010                           ANGLIN, FLEWELLING, RASMUSSEN,
                                                   CAMPBELL & TRYTTEN LLP


                                              By:   /s/ Jeremy E. Shulman
                                                    Jeremy E. Shulman
                                                    jshulman@afrct.com
                                              Attorneys for Defendant WACHOVIA
                                              MORTGAGE, FSB, formerly known as WORLD
                                              SAVINGS BANK, FSB, erroneously named as
                                              Wachovia Mortgage


                                              ORDER

IT IS SO ORDERED.

DATED: May 27, 2010

                                              /s/ John A. Mendez
                                              Honorable John A. Mendez
                                              United States District Court Judge

C:\Documents and
Settings\HVine\Desktop\09cv1807.o.52710.doc               2          2:09-CV-01807-JAM-GGH
                                                                     STIPULATION TO WITHDRAW
                                                                     MOTION FOR ATTORNEYS' FEES

PDF created with pdfFactory trial version www.pdffactory.com

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the city of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below I served a copy of the following document(s):

**PLAINTIFFS AND DEFENDANT WACHOVIA MORTGAGE, FSB STIPULATION TO WITHDRAW MOTION FOR ATTORNEYS' FEES WITHOUT PREJUDICE**

on all interested parties in said case as follows:

**Served Electronically via Court's CM/ECF System:**

Michael J.M. Brook
LANAHAN & REILLEY, LLP
600 Bicentennial Way, Suite 300
Santa Rosa, CA 95403

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on **May 26, 2010.**

\_\_\_\_Nancy J. Peters_____      _____
(Type or Print Name)                                      (Signature of Declarant)

C:\Documents and Settings\HVine\Desktop\09cv1807.o.52710.doc                                                         CERTIFICATE OF SERVICE

PDF created with pdfFactory trial version www.pdffactory.com